# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of the Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.)

## I.(a) PLAINTIFFS
Trina Spicer, Plaintiff(s)

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF York County, PA
(EXCEPT IN U.S. PLAINTIFF CASES)

**(C)** ATTORNEY'S (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Susan B. Ayres, Esquire
Hill & Associates
123 South Broad Street, Suite 1100
Philadelphia, PA  19109

## DEFENDANTS
Trump Entertainment Resorts and Trump Plaza, Defendant(s)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Atlantic County , NJ
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)
Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
1800 JFK Boulevard, Suite 1900
Philadelphia, PA  19103

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

☐ 1  **U.S. Government** ☐ 3  **Federal Question**
Plaintiff            (U.S. Government Not a Party)
☐ 2  **U.S. Government** xx 4  **Diversity**
Defendant            (Indicate Citizenship of
Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR DIVERSITY CASES ONLY FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X1 | ☐ 1 | Incorporated or Principle Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | X 2 | Incorporated and Principle Place of Business in Another State | ☐ 5 | X 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
2120   Premises Liability - Personal Injury

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgement<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contact Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Liable & Slander<br>☐ 330 Federal Employer's Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>X 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury Med - Malpractice<br>☐ 365 Personal Injury - Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R. R. & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/ etc.<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Free Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |
| | | | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | |

| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS |
|---|---|---|
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence Habeas Corpus:<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Other |

| | **FEDERAL TAX SUITS** |
|---|---|
| | ☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS - Third Party 26 USC 7609 |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)
☐ 1 Original Proceeding   X 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrct Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgement

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

Check YES only if demanded in complaint
JURY DEMAND: X YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
(SEE INSTRUCTIONS)
N/A
JUDGE Judge of Related Case
DOCKET NUMBER Docket Number of Related Case

DATE. June 24, 2014          SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

APPENDIX I

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| TRINA SPICER | : | CIVIL ACTION |
| 1016 W. King Street, 3rd Floor | : | |
| York, PA  17401 | : | |
| v. | : | NO. |
| TRUMP ENTERTAINMENT RESORTS AND | : | |
| TRUMP PLAZA | : | |
| 1000 Boardwalk at Virginia Avenue | : | |
| Atlantic City, NJ  08401 | : | |
| | : | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a)  Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.                            (  )

(b)  Social Security – Cases requesting review of a decision of the Secretary of Health
     and Human Services denying plaintiff Social Security Benefits                                 (  )

(c)  Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.      ( X )

(d)  Asbestos – Cases involving claims for personal injury or property damage from
     exposure to asbestos.                                                                          (  )

(e)  Special Management – Cases that do not fall into tracks (a) through (d) that are
     commonly referred to as complex and that need special or intense management by
     the court.  (See reverse side of this form for a detailed explanation of special
     management cases.)                                                                            (  )

(f)  Standard Management – Cases that do not fall into any one of the other tracks.                 (  )


| | | |
|---|---|---|
| _June 24, 2014_ | | **Trump Entertainment Resorts and Trump Plaza** |
| **Date** | **Attorney-at-law** | **Attorney for** |
| (215)564-6688 | (215)564-2526 | jvaughan@moodklaw.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: _____1016 W. King Street, 3rd Floor, York, PA  17401_____

Address of Defendant: _____1000 Boardwalk at Virginia Avenue, Atlantic City, NJ  08401_____

Place of Accident, Incident or Transaction: Trump Plaza, 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ  08401_____
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes☐    No**X**

Does this case involve multidistrict litigation possibilities?    Yes☐    No**X**
RELATED CASE, IF ANY:

Case Number: _____Judge_____Date Terminated:_____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
Yes☐    No**X**

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
Yes☐    No**X**

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
Yes☐    No**X**

CIVIL: (Place ✔ in ONE CATEGORY ONLY)
A. Federal Question Cases:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
(Please specify)

B. Diversity Jurisdiction Cases:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. **X** Other Personal Injury (Please specify) Slip & Fall
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
(Please specify)

## ARBITRATION CERTIFICATION
(Check appropriate Category)

I, Jamie P. Vaughan_____, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs.
☐ Relief other than monetary damages is sought.

DATE: 6|24|14        _____        93531
                     Attorney-at-Law                 Attorney I.D.#
**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 6|24|14        _____        93531
                     Attorney-at-Law                 Attorney I.D.#
CIV. 609 (4/03)

## IN THE UNITED STATED DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

063-96050

TRINA SPICER

    vs.

TRUMP ENTERTAINMENT RESORTS AND
TRUMP PLAZA

CIVIL ACTION

NO.

### NOTICE OF FILING NOTICE OF REMOVAL
### TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN
### DISTRICT OF PENNSYLVANIA

TO:    Susan B. Ayres, Esquire
        Hill & Associates
        123 South Broad Street, Suite 1100
        Philadelphia, PA  19109

**PLEASE TAKE NOTICE** that Trump Entertainment Resorts and Trump Plaza, in the matter of Trina Spicer vs. Trump Entertainment Resorts and Trump Plaza, originally pending in the Court of Common Pleas in the County of Philadelphia, Pennsylvania, under July Term 2013, No. 1211, file in the United States District Court for the Eastern District of Pennsylvania, their Notice of Removal of said cause to the Eastern District of Pennsylvania.  A copy of the Notice of Removal is attached hereto and served herewith.

                                  **MARKS, O'NEILL, O'BRIEN,**
                                    **DOHERTY & KELLY, P.C.**

                By:_____JPV3138_____
                      Jamie P. Vaughan, Esquire
                      Attorney I.D. No.: 93531
                      1800 JFK Boulevard, Suite 1900
                      Philadelphia, Pa. 19103
                      215-564-6688
                      Attorney for Defendants

{PH774130.1}

## IN THE UNITED STATED DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

063-96050

| | |
|---|---|
| TRINA SPICER | CIVIL ACTION |
| | NO. |
| vs. | |
| TRUMP ENTERTAINMENT RESORTS AND TRUMP PLAZA | |

### NOTICE OF REMOVAL

AND NOW, Defendants, Trump Entertainment Resorts and Trump Plaza, by and through their attorneys, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., hereby seek removal of the above-captioned case to this Honorable Court and provide notice of same to counsel representing the Plaintiff.  In support of the removal, the Defendants aver as follows:

1.      This is an action filed and now pending in the Philadelphia Court of Common Pleas, July Term 2013, No. 1211.

2.      This action was initially instituted via Complaint which was filed on July 8, 2013.  A copy of Plaintiff's Complaint is attached hereto as Exhibit "A".

3.      Plaintiff initially filed this matter in the arbitration program of Philadelphia County, which has a maximum recovery of $50,000.00 at the non-binding arbitration.  As a result, Defendants initially did not have a good faith basis to remove this matter within thirty (30) days in accordance with 28 U.S.C. §1446(b).

4.      If the non-binding arbitration is appealed then this matter will proceed to a jury trial with no limit on Plaintiff's potential recovery in this matter.

{PH774130.1}

5.      Plaintiff would not agree to limit her potential recovery to $75,000.00.  (See a true and correct copy of the June 18, 2014 email correspondences between counsel, attached hereto as Exhibit "B.")  As a result, this Notice of Removal is being filed within one (1) year after the commencement of the action pursuant to 28 U.S.C. §1446(c)(1).

6.      This is a civil suit and involves controversy between citizens of different states.  Plaintiff, upon information and belief, was at the time of the commencement of the above action a citizen of the Commonwealth of Pennsylvania.

7.      Defendants, Trump Entertainment Resorts and Trump Plaza, are located at 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401, and are New Jersey corporations.

8.      Defendants allege and aver upon information and belief that the amount in controversy is in excess of $75,000.00, exclusive of interests and costs.  Further, as stated above, Plaintiff will not agree to limit her damages to $75,000.00.  Plaintiff, who was pregnant at the time of her incident, has alleged injuries to her back as well as alleged complications with her pregnancy/delivery.

9.      The above-described Civil Action is one in which this Honorable Court has original jurisdiction pursuant to Title 28 United States Code Section 1332 based upon the fact that there exists diversity of citizenship between the parties and the amount in controversy is in excess of $75,000.00, exclusive of interests and costs, and is accordingly one which may be removed to this Honorable Court by Notice pursuant to Title 28, United States Code, Section 1441.

10.      Promptly after filing this Notice of Removal in this Honorable Court, a copy of this Notice of Removal will be filed with the Court of Common Pleas of Philadelphia County, Commonwealth of Pennsylvania, in accordance with 28 United States Code, Section 1446(d).

11.      Copies of all process, pleadings and order served upon defendants as of the time of this removal are attached hereto in accordance with 28 United States Code, Section 1446(a).  (See Plaintiff's Reply to New Matter of Defendant, attached hereto as Exhibit "C".)

{PH774130.1}

12.     Defendants have contemporaneously with the filing of this Notice of Removal given written notice to Plaintiff's counsel.

WHEREFORE, Defendants respectfully request that this action, currently docketed in the Court of Common Pleas  of Philadelphia County be removed to the United States District Court for the Eastern District of Pennsylvania.

**MARKS, O'NEILL, O'BRIEN.**
**DOHERTY & KELLY, P.C.**

By:___JPV3138_____
        Jamie P. Vaughan, Esquire
        Attorney I.D. No.: 93531
        1800 JFK Boulevard, Suite 1900
        Philadelphia, Pa. 19103
        215-564-6688
        Attorney for Defendant

{PH774130.1}

COMMONWEALTH OF PENNSYLVANIA      :
                 :     SS
                 :
                 :
COUNTY OF PHILADELPHIA          :

## **AFFIDAVIT**

Jamie P. Vaughan, Esquire being duly sworn according to law deposes and says that the facts

set forth in the foregoing Notice of Removal are true and correct to the best of his knowledge,

information and belief.


_____
Jamie P. Vaughan, Esquire


Sworn to and Subscribed
before me this 24 day of
JUNE        , 2014.


_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
STEVEN M. ROSE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 4, 2016

{PH774130.1}

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

063-96050

| | |
|---|---|
| TRINA SPICER | CIVIL ACTION |
| vs. | NO. |
| TRUMP ENTERTAINMENT RESORTS AND TRUMP PLAZA | |

### DISCLOSURE STATEMENT FORM

Please check one box:

☑      The nongovernmental corporate party, __Trump Plaza and Trump Entertainment Resorts__ in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐      The nongovernmental corporate party,_____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

| ___June 24, 2014___ | ___/s/Jamie P. Vaughan___ |
|---|---|
| Date | Signature |

Counsel for: __Trump Entertainment Resorts and Trump Plaza__

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a)      WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file Two copies of a disclosure statement that:

    (1)      identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or

    (2)      states that there is no such corporation.

(b)      TIME TO FILE; SUPPLEMENTAL FILING. A party must:

    (1)      file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and

    (2)      promptly file a supplemental statement if any required information changes.

{PH774137.1}

## IN THE UNITED STATED DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

063-96050

TRINA SPICER | CIVIL ACTION

vs. | NO.

TRUMP ENTERTAINMENT RESORTS AND
TRUMP PLAZA

## CERTIFICATE OF SERVICE

I hereby certify that this 24th    day of    **June 2014,** a true and correct copy of

the Defendants' Notice to Remove was served on all parties of record by electronic filing and/or first

class mail, postage prepaid.

**MARKS, O'NEILL, O'BRIEN,**
**DOHERTY & KELLY, P.C.**

By:____JPV3138_____
        Jamie P. Vaughan, Esquire
        Attorney for Defendant
        1800 JFK Boulevard, Suite 1900
        Philadelphia, Pa. 19103
        215-564-6688

{PH774130.1}

**EXHIBIT A**

USTED ESTA ORDENADO COMPARECER EN Arbitration Hearing 1880 JFK Blvd.  5th fl.  at 09:15 AM - 03/25/2014
You must still comply with the notice below. USTED TODAVIA DEBE CUJPLIR CON EL AVISO PARA DEFENDERSE.
This matter will be heard by a Board of Arbitrators at the time, date and place specified but, if one or more parties is not present
at the hearing, the matter may be heard at the same time and date before a judge of the court without the absent party or parties.
There is no right to a trial denovo on appeal from a decision entered by a Judge.

**HILL & ASSOCIATES**
BY:  **LEONARD K. HILL**
**Identification No.  81849**
**Suite 1100, 123 S. Broad Street**
**Philadelphia, PA  19109**
**(215) 567-7600**

**THIS IS AN ARBITRATION MATTER**
**Attorney for Plaintiff**

Filed and Attested by
PROTHONOTARY
05 JUL 2013 03:57 pm
J. OSTROWSKI

| | | |
|---|---|---|
| **Trina Spicer** | : | **COURT OF COMMON PLEAS** |
| **1016 W. King Street, Third Floor** | : | **PHILADELPHIA COUNTY** |
| **York, PA 17402** | : | **CIVIL TRIAL DIVISION** |
| **Plaintiff** | : | |
| | : | **Term,** |
| **vs.** | : | **NO.** |
| | : | |
| **Trump Entertainment Resorts** | : | |
| **1000 Boardwalk at Virginia Avenue** | : | |
| **Atlantic City, NJ 08401** | : | |
| | : | |
| **Trump Plaza, a/k/a, Trump Plaza** | : | |
| **Associates, LLC, a/k/a Trump Plaza** | : | |
| **Hotel & Casino, a/k/a Trump Plaza Hotel,** | : | |
| **a/k/a Trump Plaza Associates, a/k/a** | : | |
| **Trump Plaza Holding, Inc.** | : | |
| **The Boardwalk and Mississippi Avenue** | : | |
| **Atlantic City, NJ 08401** | : | |
| **Defendants** | : | |

---

## CIVIL ACTION-COMPLAINT-SLIP & FALL
## NEGLIGENCE-PREMISES LIABILITY 2S

### NOTICE

You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.  You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff.  You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER OR CONNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

Philadelphia Bar Association
Lawyer Referral and Information
One Reading Center
Philadelphia, PA 19107
(215) 238-1701

### AVISO

Le han demandado a usted en la corte.  Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion.  Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona.  Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion.  Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda.  Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE.  SI NO TIENE ABOGADO O SINO TIENE EL DINERO SUFICINIENTE DE PAGAR TAL SERVICO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL..

Asociacion De Licenciado De Filadelfia
One reading Center
Filadelfia, PA 19107
Telefono:  (215) 238-1701

Case ID: 130701211

HILL & ASSOCIATES
BY: LEONARD K. HILL
Identification No. 81849                    Attorney for Plaintiff
Suite 1100, 123 S. Broad Street
Philadelphia, PA 19102
(215) 567-7600

| | | |
|---|---|---|
| Trina Spicer | : | COURT OF COMMON PLEAS |
| Plaintiff | : | PHILADELPHIA COUNTY |
| | : | CIVIL TRIAL DIVISION |
| vs. | : | |
| | : | Term, |
| Trump Entertainment Resorts, et al. | : | NO. |
| Defendants | : | |

## CIVIL ACTION-COMPLAINT-SLIP & FALL
## NEGLIGENCE-PREMISES LIABILITY 2S

### GENERAL AVERMENTS

1.      Plaintiff, Trina Spicer, is an individual citizen and resident of the

Commonwealth of Pennsylvania, residing at the address shown in the caption.

2.      Defendant, Trump Entertainment Resorts, upon information and belief, is

a corporation or other business entity which does business in the Commonwealth of

Pennsylvania and in New Jersey and has a business address of 1000 Boardwalk at

Virginia Avenue, Atlantic City, NJ 08401.

3.      Upon information and belief, Defendant, Trump Entertainment Resorts,

owned, leased, managed, repaired, maintained, possessed and/or otherwise controlled the

subject premises and hotel room where the Plaintiff was injured, as more fully discussed

below.

4.      Defendants, Trump Plaza, a/k/a Trump Plaza Associates, LLC, a/k/a

Trump Plaza Hotel and Casino, a/k/a Trump Plaza Hotel, a/k/a Trump Plaza Associates,

a/k/a Trump Plaza Holding, Inc., (hereby referred to as "Trump Plaza") upon further

information and belief is a corporation, other business entity, which does business in the

Case ID: 130701211

Commonwealth of Pennsylvania and in New Jersey and has a business address of the Boardwalk and Virginia Avenue, Atlantic City, NJ 08401 in Atlantic City, New Jersey.

5.      Upon information and belief, Defendant, Trump Plaza, owned, leased, managed, repaired, maintained, possessed, or otherwise controlled the subject premises and hotel room where Plaintiff was injured, as more fully discussed below.

6.      On or about May 12, 2012, Plaintiff was in a hotel room at Defendants' premises when she suddenly and unexpectedly slipped and fell due to a dangerous and/or defective condition in the room, namely, a wet floor due to water coming from a leak in the room.  Plaintiff, who was several months pregnant at the time, sustained serious and permanent injuries including complications with her pregnancy and delivery, and ongoing lower back pain.

## COUNT I
## Trina  Spicer VS. Defendants
## NEGLIGENCE

7.      Plaintiff, Trina  Spicer, hereby incorporates by reference hereto,  the above paragraphs, inclusively, as if the same were fully set forth herein at length.

8.      The aforementioned incident was caused solely by the negligence of Defendants in failing to properly maintain their premises which negligence consisted of the following:

(a) failing to properly inspect, discover and remedy the defective condition which existed in the hotel room, which the Defendant knew or reasonably should have known existed prior to the time of Plaintiff's fall;

(b) failing to warn members of the general public of the dangerous conditions which existed;

(c) allowing a dangerous and hazardous condition to exist on subject premises.

9.      At all times mentioned herein, Plaintiff Trina Spicer acted with due care and was not contributorily negligent.

Case ID: 130701211

10.    As a result of the aforementioned incident, Plaintiff was caused to sustain serious and permanent injuries including but not limited to injuries to: early labor and pregnancy complications, and low back pain and discomfort.

11.    As a result of the aforementioned incident and resulting injuries, Plaintiff Trina Spicer has been caused to expend various sums of money for medicine and medical attention for treatment and/or cure of these injuries and to have essential services performed during the duration of the physical impairment, all to her great financial detriment and loss and expects to pay additional sums of money for medicine and medical attention in the future all to Plaintiff's great financial detriment and loss.

12.    As a further result of the aforementioned incident and resulting injuries, Plaintiff Trina Spicer may have been prevented from attending to usual and customary duties, vocation and occupations, thereby sustaining a loss of earnings and/or earning capacity, all to great financial detriment and loss.

**Wherefore**, Plaintiff, Trina Spicer, hereby demands judgment against Defendants, Trump Entertainment Resorts and Trump Plaza, in an amount not in excess of Fifty Thousand ($50,000) Dollars.

**LEONARD K. HILL, ESQUIRE**
**Attorney for Plaintiff**

Date: 7/8/13

**VERIFICATION**

The undersigned states that he/she is the plaintiff herein and verifies that the statements

made in the foregoing <u>Complaint-Civil Action</u> is true and correct to the best of his/her

knowledge, information and belief; and that this statement is made subject to the

penalties of 18 Pa. C.S. 4904 relating to unsworn falsification to authorities.


DATED: 6/3/13 ,2011        Signature _____

Print Name _TRINA SPICER_

**EXHIBIT B**

**Vaughan, Jamie P.**

| | |
|---|---|
| **From:** | Susan Ayres <sue@hilljustice.com> |
| **Sent:** | Friday, June 20, 2014 11:02 AM |
| **To:** | Vaughan, Jamie P. |
| **Subject:** | Re: Spicer |

No one knows the potential value of the case until a jury comes back with the verdict

Sent from my iPhone

On Jun 20, 2014, at 10:38 AM, "Vaughan, Jamie P." <JVaughan@moodklaw.com> wrote:

> Sue
>
> While I do appreciate the careful wording of your email and that your demand is $50,000 for settlement purposes, my client is looking to make a decision shortly regarding removing this case to Federal Court.  Simply stated, you can certainly advise as to whether or not the potential value of this case exceeds $75,000.  If you believe the value of this case does not exceed $75,000, then we can remain in state court and you can execute the stipulation.  With all due respect, if you trying evade this issue and prevent us from potentially removing this case to Federal Court, this could certainly lead to appealable issues.
>
> Jamie
>
> **From:** Susan Ayres [mailto:sue@hilljustice.com]
> **Sent:** Wednesday, June 18, 2014 9:05 AM
> **To:** Vaughan, Jamie P.
> **Subject:** RE: Spicer
>
> As you noted, this was filed as an arb case.  Likewise, I believe I gave you a settlement demand of $50k.  Therefore, the case is not removable.  I am not, however, going to "stipulate to a maximum recovery".  If the case is arbitrated and appealed and later tried and a jury later finds her damages to exceed $75k, so be it.
>
> **Susan Ayres  | Attorney**
> P. (215) 567-7600
> F. (215) 525-4311
> E. sue@hilljustice.com
> http://www.hilljustice.com
>
> <image002.gif>Hill & Associates P.C.
> 123 S. Broad Street, Suite 1100
> Philadelphia, PA 19109
>
> Confidentiality Notice
> This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to sue@hilljustice.com or by telephone at 215-567-7600 and then delete the message and its attachments from your computer.
>
> **From:** Vaughan, Jamie P. [mailto:JVaughan@moodklaw.com]
> **Sent:** Wednesday, June 18, 2014 8:44 AM

**To:** Susan Ayres
**Subject:** Spicer

Sue

Hope all is well.  Please advise if your client would be willing to stipulate to a maximum recovery of $75k in this case.

Thank you

Jamie

**Jamie P. Vaughan**
**Attorney at Law**
Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
Suite 1900
1800 John F. Kennedy Boulevard
Philadelphia, PA 19103

215-832-4215 Direct | 215-564-6688 Office | 215-564-2526 Fax | jvaughan@moodklaw.com | www.moodklaw.com

This message and any documents accompanying it contain information from the law firm of Marks, O'Neill, O'Brien, Doherty & Kelly, P.C. which may be confidential and/or legally privileged. The information is intended only for the use of the individual or entity named as the original addressee. If you are not the intended recipient, you are hereby notified that any disclosure, forwarding, downloading, printing, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail or telephone and destroy the original transmission and attachments.

**EXHIBIT C**

**HILL & ASSOCIATES**
**BY:  SUSAN B. AYRES, ESQUIRE**
**Identification No.  87562**                                   Attorney for Plaintiff
**Suite 1100, 123 S. Broad Street**
**Philadelphia, PA  19109**
**(215) 567-7600**



| Trina Spicer | : | **COURT OF COMMON PLEAS** |
| Plaintiff | : | **PHILADELPHIA COUNTY** |
| | : | **CIVIL TRIAL DIVISION** |
| vs. | : | |
| | : | **July Term, 2013** |
| **Trump Entertainment Resorts, et al.** | : | **NO. 1211** |
| Defendants | : | |

## PLAINTIFF'S REPLY TO NEW MATTER OF DEFENDANT

13-22 Denied.   All factual allegations, if any, stated by defendant are hereby denied.
Furthermore, defendants are stating conclusions of law to which no response is
mandated pursuant to the Pennsylvania Rules of Civil Procedure.  Wherefore,
this allegation is denied in its entirety and strict proof thereof is demanded at
time of trial.

**WHEREFORE,** Plaintiff requests judgment in her favor and against the Defendants
for the damages and costs of suit as stated in Plaintiff's Complaint.

**HILL & ASSOCIATES, P.C.**

8-29-13

BY: SUSAN B. AYRES, ESQUIRE

Case ID: 130701211

**Certificate of Service**

I, Susan B. Ayres, Esquire, hereby certify that a true and correct copy of Plaintiff's Reply to New Matter served by sending via E-filing to counsel listed below on this 28TH Day of August, 2013.

Jaime Vaughan, Esquire
MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.
1800 JFK Blvd., 19th Floor
Philadelphia, PA 19103

HILL & ASSOCIATES, P.C.

BY: SUSAN B. AYRES, ESQUIRE